1　QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
　　　Harry A. Olivar, Jr. (Bar No. 143089)
2　865 South Figueroa Street, 10th Floor
　　Los Angeles, California 90017-2543
3　Telephone: (213) 624-7707
　　Facsimile: (213) 624-0643
4
　　Attorneys for Defendants Bain Capital, Inc.,
5　David Dominik, Stephen G. Pagliuca,
　　Stephen M. Zide, and Edward W. Conard
6
7　PAUL HASTINGS JANOFSKY & WALKER, LLP
　　　Christopher H. McGrath (Bar No. 149129)
8　3579 Valley Center Drive
　　San Diego, CA 92130
9　Telephone: (858) 720-2500
　　Facsimile: (858) 720-2555
10
　　Attorneys for Defendants Bruce D. McMaster,
11　Charles Dimick, Joseph P. Gisch, Gregory Halvorson,
　　John Peters, and Mark R. Benham
12

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

13　　　　　　UNITED STATES DISTRICT COURT

14　　　FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

16　RAYMOND FERRARI, on behalf of　　　)
　　himself and all others similarly situated,　)
17　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　　　)
18　　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　)
19　　　　　　　　　　　　　　　　　　　)
　　JOSEPH P. GISCH, et al.,　　　　　　　)
20　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　)
21　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
22　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
23　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
24

CASE NO. CV-03-7063-NM-(SJHx)

STIPULATION AND [PROPOSED]
ORDER PERMITTING
INDIVIDUAL DEFENDANTS
AND BAIN DEFENDANTS TO
FILE MEMORANDA OF POINTS
AND AUTHORITIES IN EXCESS
OF 25 PAGES

Hearing Date: None Set
Judge: The Hon. Nora M. Manella
Courtroom: 11

25

26

27

28

DOCKETED ON CM

SEP - 9 2004

BY _____ 013

1    WHEREAS defendants Bruce D. McMaster, Charles Dimick, Joseph

2 P. Gisch, Gregory Halvorson, John Peters, and Mark R. Benham (collectively, the

3 "Individual Defendants") must respond to the Consolidated Amended Complaint on

4 or before September 9, 2004;

5    WHEREAS defendants Bain Capital, Inc., David Dominik, Stephen G.

6 Pagliuca, Stephen M. Zide, and Edward W. Conard (collectively, the "Bain

7 Defendants") must respond to the Consolidated Amended Complaint on or before

8 September 9, 2004;

9    WHEREAS the Individual Defendants as a group and the Bain

10 Defendants as a group each intend to file a motion to dismiss the Consolidated

11 Amended Complaint;

12    WHEREAS pursuant to the Court's Standing Order, the length of the

13 memorandum of points and authorities in support of a motion to dismiss is limited

14 to 25 pages;

15    WHEREAS, although the Individual Defendants and the Bain

16 Defendants will make every effort to be concise, they each require more than 25

17 pages to adequately address the allegations contained in the Consolidated Amended

18 Complaint;

19    WHEREAS good cause exists for the memorandum filed by each of

20 the Individual Defendants and the Bain Defendants to exceed 25 pages because the

21 increased page limit allows the Individual Defendants and the Bain Defendants,

22 each as a group, to address the allegations set forth in the approximately 90-page

23 complaint and to provide a more thorough treatment of controlling case law;

24    WHEREAS Plaintiffs have agreed that the Individual Defendants and

25 the Bain Defendants may file a memorandum of points and authorities in support of

26 each of their motions to dismiss not to exceed 35 pages in length provided that the

27 Individual Defendants and the Bain Defendants agree to grant Plaintiffs a similar

28 page extension in opposing the Individual Defendants' and the Bain Defendants'

1    motions to dismiss;

2        WHEREAS the Individual Defendants and the Bain Defendants have

3    agreed to grant Plaintiffs a similar page extension in opposing the Individual

4    Defendants' and the Bain Defendants' motions to dismiss; and

5        WHEREAS pursuant to Local Rule 7-1, Plaintiffs, the Individual

6    Defendants, and the Bain Defendants, by and through their attorneys, hereby

7    stipulate and agree, and request the Court to order:

8        Defendants Bruce D. McMaster, Charles Dimick, Joseph P. Gisch,

9    Gregory Halvorson, John Peters, and Mark R. Benham (collectively, the "Individual

10   Defendants") shall be permitted to file a memorandum of points and authorities in

11   support of their motion to dismiss the Consolidated Amended Complaint not to

12   exceed 35 pages in length, and defendants Bain Capital, Inc., David Dominik,

13   Stephen G. Pagliuca, Stephen M. Zide, and Edward W. Conard (collective, the

14   "Bain Defendants") shall be permitted to file a memorandum of points and

15   authorities in support of their motion to dismiss the Consolidated Amended

16   Complaint not to exceed 35 pages in length.

17

18   DATED: September 3, 2004      LIM, RUGER & KIM, LLP

19                  By: _Lisa Yang by MCS_

20                      Lisa J. Yang, Esq.
                     Attorneys for Plaintiffs

21

22   DATED: September 3, 2004      PAUL HASTINGS JANOFSKY & WALKER, LLP

23

24                  By: _Chris McGrath by MCS_
                     Christopher H. McGrath

25                      Attorneys for Defendants
                     Bruce D. McMaster, Charles Dimick, Joseph

26                      P. Gisch, Gregory Halvorson, John Peters,
                     and Mark R. Benham

27

28

1   DATED:  September 3, 2004   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

2   By:   _Harry Olivar  by  MCS_

3         Harry A. Olivar, Jr.
          Attorneys for Defendants

4         Bain Capital, Inc., David Dominik, Stephen
          G. Pagliuca, Stephen M. Zide, and Edward

5         W. Conard

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## ORDER

2

3       For good cause shown and pursuant to the above Stipulation,

4  defendants Bruce D. McMaster, Charles Dimick, Joseph P. Gisch, Gregory

5  Halvorson, John Peters, and Mark R. Benham (collectively, the "Individual

6  Defendants") are hereby permitted to file a memorandum of points and authorities

7  in support of their motion to dismiss the Consolidated Amended Complaint not to

8  exceed ~~38~~ *32* pages in length, and defendants Bain Capital, Inc., David Dominik,

9  Stephen G. Pagliuca, Stephen M. Zide, and Edward W. Conard (collectively, the

10  "Bain Defendants") are hereby permitted to file a memorandum of points and

11  authorities in support of their motion to dismiss the Consolidated Amended

12  Complaint not to exceed ~~35~~ *32* pages in length.

13  *Opp may not exceed 32 pages*

14  *Reply may not exceed 16 pages*

15  Dated:  September 7, 2004

16

                                Honorable Nora M. Manella

17                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28

5

# PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017.

On September 3, 2004, I served the foregoing document(s) on interested parties in this action described as:

**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT BAIN CAPITAL, INC. TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES.**

### SEE ATTACHED SERVICE LIST

**X**    BY PLACING ____ the original **X** a true copy thereof enclosed in sealed envelopes addressed as follows:

**X**   **BY MAIL**
   **X**   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X**   **BY TELECOPIER**
   **X**   I caused to be transmitted the above-described document(s) from a facsimile transmission machine whose telephone number is (213) 624-0643 the following documents described above to whose facsimile transmission machine telephone number is listed above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

Executed on September 3, 2004, at Los Angeles, California.

**X**   (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Christine Parga
Type or Print Name        Signature

## SERVICE LIST

Gregory Castaldo, Esq.
Andrew L. Zivitz, Esq.
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Tel: (610) 667-7706
Fax: (610) 667-7056

Christopher H. McGrath, Esq.
PAUL HASTINGS JANOFSKY & WALKER, LLP
3579 Valley Center Drive
San Diego, California 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

Alan Schulman
Robert S. Gans
Timothy A. Delange
BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
12544 High Bluff Drive,
Suite 150
San Diego, California 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Christopher Kim, Esq.
Lisa J. Yang, Esq.
LIM, RUGER & KIM, LLP
1055 W. 7th Street, Suite 2800
Los Angeles, California 90017
Tel: (213) 955-9500
Fax: (213) 955-9511

Peter M. Stone, Esq.
Jay C. Gandhi, Esq.
Paul Hastings Janofsky & Walker, LLP
695 Town Center Drive, 17th Floor
Costa Mesa, California 92626
Tel: (714) 668-6200
Fax: (714) 979-1921

Jerry Marks
HellerEhrman
601 South Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758

Bonnie McGuire
Ropes & Grey
One International Place
Boston, MA 02110-2624

SCANNED