___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19098
Telephone (610) 667-7706
Facsimile (610) 667-7056

FILED
CLERK, U.S DISTRICT COURT
MAR - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

SCANNED

LODGED
CLERK U.S DISTRICT COURT
mm 5
FEB 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re DDi Corp. Securities Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

03cv7063NM (SJHx)

SETTLEMENT PROCEDURE SELECTION:
NOTICE, REQUEST AND ORDER

Pursuant to Local Rules 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:   ☐ district judge  *or*
☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 2/22/06                              _____
                                                        Attorney For Plaintiff
Dated: 2/22/06                              Heather N. Tashman
                                                        Attorney For Plaintiff
Dated: 2/23/06                              _____
Dated: 2/24/06                              Attorney For Defendant — Individual DDi Defs
                                                        _____
                                                        Attorney For Defendant — Bain Defendants

IT IS SO ORDERED, the above request is:
☒ APPROVED.
☐ DENIED; IT IS FURTHER ORDERED that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 3/1/06                              _____
                                                        United States District Judge/~~Magistrate Judge~~

cc: *Attorney Settlement Officer Panel Coordinator*                              NORA M. MANELLA

ADR-01 (05/03)           SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER

(162)

DOCKETED ON CM
MAR 2 2006
006