Christopher Kim (Bar No. 082080)
Lisa J. Yang (Bar No. 208971)
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
christopher.kim@lrklawyers.com
lisa.yang@lrklawyers.com
Liaison Counsel

Andrew L. Zivitz
Kay Sickles
**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19004
Telephone: (610) 667-7706
Azivitz@sbclasslaw.com
Ksickles@sbclasslaw.com
Lead Counsel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

## EASTERN DIVISION

| | |
|---|---|
| IN RE DDI CORP. SECURITIES LITIGATION | No. CV-03-7063-SGL (SHx) <br><br> [~~PROPOSED~~] ORDER AWARDING FEES AND EXPENSES <br><br> Date: March 12, 2007 <br> Time: 11:00 AM <br> Courtroom: 1, Riverside |

1

[PROPOSED] ORDER AWARDING FEES AND EXPENSES

## ORDER AWARDING FEES AND EXPENSES

Now pending before the Court is Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses from the $4,350,000 Settlement Fund, plus interest on both amounts as earned by the Settlement Fund. After considering the papers filed by the Plaintiffs, and having received supplemental declaration regarding Plaintiffs' Counsel's lodestar, the Court awards Lead Counsel reimbursement of expenses in the aggregate amount of $88,678.27, plus interest. The Court also awards Lead Counsel attorneys' fees in the total amount of $1,087,500, plus interest. This amount consists of approximately ~~twenty-five~~ percent (25%) of the Settlement Fund after deduction of expenses.

The awarded attorneys' fees and expenses shall be paid to Lead Counsel from the Settlement Fund immediately after the date of this Order pursuant to the Stipulation of Settlement dated as of November 17, 2006, and in particular, paragraph 8.1.

IT IS SO ORDERED.

Dated: 3-12-07.

_____
THE HON. STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE